**No. 53695.**—Geo. Wm. Rueff, Inc. *v.* United States, protest 139902–K/12988 (New Orleans).

Opinion by JOHNSON, J.  Following the authorities cited in Abstract 15400 the court dismissed the protest.

BEFORE THE FIRST DIVISION, NOVEMBER 7, 1949

**No. 53696.**—Wing On Co. *v.* United States, protest 97326–K (New York).

Opinion by OLIVER, C. J.  It was stipulated that certain items of the merchandise are similar in all material respects to the articles the subject of *Rolls Razor, Inc.* v. *United States* (6 Cust. Ct. 271, C. D. 480) and Abstract 51306. The claim at 20 percent under paragraph 1558 was therefore sustained.

**No. 53697.**—Guy B. Barham Co. et al. *v.* United States, protests 99308–K, etc. (Los Angeles).

Opinion by OLIVER, C. J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53698.**—Nathan Kaufman Co., Inc., et al. *v.* United States, protests 141084–K, etc. (New York).

Opinion by OLIVER, C. J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53699.**—Anco Import Corp. et al. *v.* United States, protests 149454–K, etc. (New York).

Opinion by OLIVER, C. J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, NOVEMBER 7, 1949

**No. 53700.**—Equitable Trading Corp. *v.* United States, protest 106420–K (Baltimore).

Opinion by JOHNSON, J.  For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.